General Complaint

FILED: **8/15/17**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

_Marlon Green_

Case Number: _4:17cv568 ALM/KPJ_

List the full name of each plaintiff in this action.

VS.

_Covenant Transportation Group, ETAL_

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B. List the name(s) and address(es) of the attorney(s):
      _Pro Se_

C. Results of the conference with counsel:

*None*

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ____Yes  _X_ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

   Plaintiff _____

   Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.
   *# 2017 R00940 Shreveport, LA*

4. Docket number in other court. *2017 R00940 ; Denton NTX*

5. Name of judge to whom the case was assigned.
   *~~Brian~~ Jacqueline Scott*

6. Disposition: Was the case dismissed, appealed or still pending?
   *Stalled*

7. Approximate date of disposition. *Feb 2017*

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

    Pla #1 __Marlon Green__

    Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

    Dft #1: __Covenant Transportion Group; 12999 U.S. 31 N Edinburgh, IN 46124__

    Dft #2: __Travelors Insurance PO Box 660307 Dallas, TX. 75266-0307__

    Dft #3 __Farmers Insurance 2601 Network Blvd. #208 Frisco, TX. 75034__

Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

CTG Industries caused Auto Accident in Louisiana. Louisiana Courts will establish Liabilities pertaining to traffic laws locally; medical and other related expenses in federal Court. ASAP While car was at Maaco, car came out with more damage than went in shop: AIR BAG Sensor was on, fog light Sensor, many Stratoshes, Strut, Seats, head lamps; Farmers and Maaco Responsible for all damages that occured at Maaco, to help Farmers, Travelors, and CTG Claims. We wish go to trial ASAP


V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

_award damages for medical expenses; other related damages._

Signed this _____ day of _____, 20 _____.
                                                             (Month)                    (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _11 August 2017_  _Marlou Breen_
                    Date

                                                           Signature of each plaintiff

_James Thornton_ 8/11/17

[Notary seal: JAMES THORNTON, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 07-28-2018]