# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2016-08827      **DIVISION: F**      SECTION: 07

### GREEN, MARLON

#### Versus

### YATES, DANNY ET AL

## CITATION - LONG ARM

TO:      **DANNY YATES**

THROUGH:      **THE LOUISIANA LONG ARM STATUTE FORT BRAGG FEDERAL CREDIT UNION, MEMBER SERVICES**
1638 SKIBO RD, FAYETTEVILLE, NC 28303

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION TO STAY:LACK OF JURISDICTION IS NON-SENSE WITH AFFIDAVIT ATTACHED;

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 22, 2016

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Kenneth Bazile_
**Kenneth Bazile, Deputy Clerk**

---

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within PETITION TO STAY:LACK OF JURISDICTION IS NON-SENSE WITH AFFIDAVIT ATTACHED; ON DANNY YATES THROUGH: THE LOUISIANA LONG ARM STATUTE FORT BRAGG FEDERAL CREDIT UNION, MEMBER SERVICES | On this _____ day of _____ _____ served a copy of the within PETITION TO STAY:LACK OF JURISDICTION IS NON-SENSE WITH AFFIDAVIT ATTACHED; ON DANNY YATES THROUGH: THE LOUISIANA LONG ARM STATUTE FORT BRAGG FEDERAL CREDIT UNION, MEMBER SERVICES |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DANNY YATES being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ Mileage: $ _____ | Returned the same day No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER _____ / RETURN _____ / | |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME:   In Proper Person,   90001
AND ADDRESS:   ,  ,

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2016-11002               DIVISION: I               SECTION: 14

GREEN, MARLON

Versus

**STATE FARM INSURANCE COMPANY ET AL**

## CITATION

TO:       DEREK MOREL, STATE FARM ETAL

5555 BULLARD AVE. SUITE #104, NEW ORLEANS , LA 70128

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Supplemental and/or Amending Petition (THIRD) w/ORIG. PETITION ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 26, 2017**

Clerk's Office, Room 402, Civil Courts          DALE N. ATKINS, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Brandy Mayer, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Supplemental and/or Amending Petition (THIRD) w/ORIG. PETITION ATTACHED | Supplemental and/or Amending Petition (THIRD) w/ORIG. PETITION ATTACHED |
| ON DEREK MOREL, STATE FARM ETAL THROUGH: | ON DEREK MOREL, STATE FARM ETAL THROUGH: |
|  | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| Returned the same day | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DEREK MOREL, STATE FARM ETAL being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | _____ No. _____ |
| PAPER        RETURN | Deputy Sheriff of _____ |
| /            / | |
| SERIAL NO.   DEPUTY   PARISH | |


EXHIBIT
F

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
CIVIL PRACTICE & REMEDIES CODE § 121.007

The State of Texas

County of ___Denton___

Before me,

___David Rankin II, Notary___,

*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*

on this day personally appeared

___Marlon Green___,

*Name of Signer*

☐ known to me
☐ proved to me on the oath of

_____

*Name of Credible Witness*

☑ proved to me through _____

___Driver License___

*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

__5__ day of __August__, __2017__.
*Day*        *Month*        *Year*

DAVID RANKIN II
Notary ID # 130620425
My Commission Expires
April 14, 2020

NOTARY PUBLIC
STATE OF TEXAS

Place Notary Seal and/or Stamp Above

_____
*Signature of Notarizing Officer*

──────────── **OPTIONAL** ────────────

*Though this section is optional, completing this information can deter alteration of the document*
*or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___all court document to be submitted___

Document Date: ___4th August 2017___        Number of Pages: ___4___

Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5243

CADDO PARISH COURT FOR THE

CITY OF SHREVEPORT STATE OF LOUISIANA

NO: 2017  R00940

GREEN, MARLON

versus

 MAACO, ETAL

### Motion; Proceed to Trail

The Petitioner Marlon Green wishes this case be held and awarded in The State of Texas. Mr. Green

has suffered abuse and has been taken advantage of buy dishonest people such as CTG Industries, who

are suspected of abandonment and abusive practices. We are seeking lost wages, change of fault,

decreased premiums. They have been reported to the Texas Department of Insurance.

### Petition for Summary Judgement

The long as it takes to bring these other parties to court, the chances increase of their abusive, and

fraudulent practices. Please note that the petitioner is constantly absorbing the expenses of this terrible

ordeal. Rusty Cooper is and abusive administrator and we wish to collect liabilities and sever ties. If we

decide to go to trial, it will be with jury.

1

**Maaco Incident Affidavit Statement**

Please make the following additions to liability lawsuit because they have conspired to bankrupt Mr. Green by fraudulently ordering a new door when they really did not have to. On August 4th 2017. Maaco Collision Penny was notified for the last time. We have witnesses from Uber that can verify our policy about safety issues. The drivers air bag fault lamp has yet to go off, which means Mr., Green does not have an airbag. In addition to this damage they raced the car while it was being repaired but left the shop with more damage than when it went in. The proper police report for vandalism was made, Maaco owes deductible which is $1000.


**Motion for Deposition**

Mr. is broke and cannot afford and has an estimate and three professional opinions that were drafted after the Maaco incident. Added into all the total liabilities, no medical payments could be made because of this. Degradation in health, finances, including administration costs should be considered. The VIN# 3VWD17AJ8GM229545, at least $3,500, in damages. Depositions may be taken to save on court and administration costs.


Marlon Green

Please Serve: Mark Guzman or Manager

Maaco Collision Repair

2115 Sadau Ct, Denton, TX. 76210

Phone number # (940) 565-9505

Fax # (940) 591-9333

2

CADDO PARISH COURT FOR THE

CITY OF SHREVEPORT STATE OF LOUISIANA

NO: 2017   R00940

GREEN, MARLON

versus

FARMERS, ETAL

## Motion; Proceed to Trail

The Petitioner Marlon Green wishes this case be held and awarded in The State of Texas. Mr. Green has suffered abuse and has been taken advantage of buy dishonest people such as CTG Industries, who are suspected of abandonment and abusive practices. We are seeking lost wages, change of fault, decreased premiums. They have been reported to the Texas Department of Insurance.

## Petition for Summary Judgement

The long as it takes to bring these other parties to court, the chances increase of their abusive, and fraudulent practices. Please note that the petitioner is constantly absorbing the expenses of this terrible ordeal. Rusty Cooper is and abusive administrator and we wish to collect liabilities and sever ties. If we decide to go to trial, it will be with jury.

**Maaco / Farmers Incident Affidavit Statement**

Please make the following additions to liability lawsuit because they have conspired to bankrupt Mr.

1

Green by fraudulently ordering a new door when they really did not have to. On August 4th 2017 they were notified. Maaco Collision Penny was notified for the last time. We have witnesses from Uber that can verify our policy about safety issues. The drivers air bag fault lamp has yet to go off, which mean Mr., Green does not have an airbag. In addition to this damage they raced the car while it was being repaired but left the shop with more damage than when it went in. The proper police report for vandalism was made; Maaco owes deductible which is $1000. Farmers Insurance is responsible for damages that occurred at Maaco while being repaired. Farmers are responsible for all vandalism that occurred at Maaco. Maaco responsible for deductible, $98 check they cashed all vandalism.


**Motion for Deposition**

Mr. is broke and cannot afford and has an estimate and three professional opinions that were drafted after the Maaco incident. Added into all the total liabilities, no medical payments could be made because of this. Degradation in health, finances, including administration costs should be considered. The vending number of the car is 3VWD17AJ8GM229545, at least $3,500, in damages. Depositions may be taken to save on court and administration costs. I need them pay Mr. Green not insurance company.


Marlon Green

Serve: Mark Guzman or Manager

      Oscar Quintana, David Stern, Darryl Weir,

      Farmers Insurance 2601 Network, Blvd. Frisco, Texas 75034

      Fax: (972) 668-5953, 1-800-325-1507, Bristol West 1-855-822-3139 Fax

2

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
CIVIL PRACTICE & REMEDIES CODE § 121.007

The State of Texas

County of _Denton_____

Before me,

_David Rankin II, Notary_____,
*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*

on       this       day       personally       appeared

_Marlon Green_____,
*Name of Signer*

☐ known to me
☐ proved to me on the oath of

_____
*Name of Credible Witness*

☑ proved to me through _____

_Driver License_____
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

_5_ day of _August___, _2017_.
 *Day*       *Month*       *Year*

_____
*Signature of Notarizing Officer*

DAVID RANKIN II
Notary ID # 130620425
My Commission Expires
April 14, 2020

Place Notary Seal and/or Stamp Above

───────────────── **OPTIONAL** ─────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _all court document to be submitted_

Document Date: _4th August 2017_____ Number of Pages: _4_

Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5243

## CADDO PARISH COURT FOR THE

## CITY OF SHREVEPORT STATE OF LOUISIANA

NO: 2017   R00940

**GREEN, MARLON**

**versus**

 **MAACO, ETAL**

### *Motion; Proceed to Trail*

The Petitioner Marlon Green wishes this case be held and awarded in The State of Texas. Mr. Green

has suffered abuse and has been taken advantage of buy dishonest people such as CTG Industries, who

are suspected of abandonment and abusive practices. We are seeking lost wages, change of fault,

decreased premiums. They have been reported to the Texas Department of Insurance.

### *Petition for Summary Judgement*

The long as it takes to bring these other parties to court, the chances increase of their abusive, and

fraudulent practices. Please note that the petitioner is constantly absorbing the expenses of this terrible

ordeal. Rusty Cooper is and abusive administrator and we wish to collect liabilities and sever ties. If we

decide to go to trial, it will be with jury.

1

**Maaco Incident Affidavit Statement**

 Please make the following additions to liability lawsuit because they have conspired to bankrupt Mr. Green by fraudulently ordering a new door when they really did not have to. On August 4th 2017. Maaco Collision Penny was notified for the last time. We have witnesses from Uber that can verify our policy about safety issues. The drivers air bag fault lamp has yet to go off, which means Mr., Green does not have an airbag. In addition to this damage they raced the car while it was being repaired but left the shop with more damage than when it went in. The proper police report for vandalism was made, Maaco owes deductible which is $1000.


**Motion for Deposition**

Mr. is broke and cannot afford and has an estimate and three professional opinions that were drafted after the Maaco incident. Added into all the total liabilities, no medical payments could be made because of this. Degradation in health, finances, including administration costs should be considered. The VIN# 3VWD17AJ8GM229545, at least $3,500, in damages. Depositions may be taken to save on court and administration costs.


Marlon Green

Please Serve: Mark Guzman or Manager

Maaco Collision Repair

2115 Sadau Ct, Denton, TX. 76210

Phone number # (940) 565-9505

Fax # (940) 591-9333

2

*Wendsday August 77 2017 9:00PM*

## Shreveport Civil Court

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

local first page
$1.59    833071

long distance first page
$2.19    833081

international first page
$7.99    833191

long distance

local additional page
$1.49    456687

additional page
$1.99    833091

international additional page
$3.99    833201

depot|max store 483
2300 San Jacinto Blvd.
Denton, TX 76205
p: 940.566.1241 f: 940.566.6369
ods00483cpc@officedepot.com

Office DEPOT OfficeMax

ECM
STANDARD
OK
03
00:02:04
9405919993
07/31  23:28

MODE
RESULT
PAGE(S)
DURATION
FAX NO./NAME
DATE,TIME

BROM4J5394G6   : SER.#
: TEL
: FAX
: NAME
07/31/2017 23:31  : TIME

TRANSMISSION VERIFICATION REPORT

FAX COVER SHEET SHREVEPORT CIVIL COURT 10 PAGES

FAX:  (318) 673-5218

Docket: 2017-R00940

From: Marlon Green (214) 726-2189



**DOCTORS IMAGING** | ADVANCED RADIOLOGY. TRUSTED CARE.

METAIRIE, LA 70006
PHONE: 504-883-8111
FAX: 504-883-3555

TO:   WILLIAM BATHERSON, D.C.
3017 VETERANS BLVD
METAIRIE, LA 70002

FAX:   (504) 828-3008

NAME:  MARLON GREEN
MRN#  DS4735
DOB:  07/15/1971
GENDER:  Male
DATE OF SERVICE:  10/03/2016
REFERRING PHYS:  WILLIAM BATHERSON, D.C.

EXAM: MRI LUMBAR SPINE WITHOUT CONTRAST
REASON FOR EXAM:  LOW BACK PAIN (M54.5)

CLINICAL HISTORY:
Low back pain.  Motor vehicle collision 3 months ago.

TECHNIQUE:
? Using a 0.35-TESLA OPEN-CONFIGURATION SIEMENS MAGNET, sagittal and axial T1 and T2 were performed of the lumbar spine.

COMPARISON STUDY:
No relevant prior examinations are available for review.

FINDINGS:
5 lumbar type vertebra are present and are in good alignment.  Vertebral body heights are preserved.  Bone marrow signal is unremarkable.  Facet joints are well articulated.  Spinous processes are intact.

L4-5: Disc desiccation.  A left paracentral disc protrusion is present along with a small annular tear.  This causes mild spinal stenosis and moderate bilateral neural foraminal stenosis.  Disc material abuts the left L5 nerve root in the lateral recess.

L5-S1:  Posterior disc protrusion and posterior annular tear.  This causes no spinal stenosis and moderate left-sided neural foraminal stenosis.

Paraspinous muscles are symmetric.  No aneurysmal dilation of the abdominal aorta.

IMPRESSION:
Disc desiccation and a left paracentral disc protrusion at L4-5.  This causes mild spinal stenosis and moderate bilateral neural foraminal stenosis.  Disc material abuts the left L5 nerve root in the lateral recess.

Posterior disc protrusion and focal posterior annular tear at L5-S1.  This causes moderate left-sided neural foraminal stenosis.

INTERPRETING RADIOLOGIST: Joshua Yellin, MD
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED 10/03/2016 at 12:00 PM (CST)
ACCESSION #: DS408900

Page 1 of 1

**Complete Chiropractic**
4851 Legacy Dr.
Suite 307
Frisco, TX 75034
Phone: 972.377.3909

| | |
|---|---|
| **Patient Name:** | Green, Marion |
| **Date of Birth:** | 7/15/1971 |
| **Date of Service:** | 9/26/2016 |

Marion Green
DOB 7-15-1971
SS # XXX-XX-8359
VA ID 1119280341

VA Authorization # 002644557

Marion Green is a 45 year old male who who was in the military as a paratrooper and has had many injuries and compressions. He has had pain on and off for year in his neck, upper back, and lower back. He also gets tension and migraine headaches . He is currently on Cyclobenzaprine and motrine. ROS is unremarkable for this patient. The patient is alert and well oriented.

## Subjective

This patient presents with the following problems:
Cervicalgia
History of present illness/condition:
The patient rated the intensity of their pain/symptoms as a 5 on a scale of zero to 10 with zero being complete absence of symptoms and 10 being very severe or unbearable. The patient describes their pain with the following qualifiers: sharp, dull, aching and stiffness. The patient describes their symptoms as radiating bilaterally down the shoulder. Upon questioning, they related that the symptoms were aggravated by activities involving sitting, typing, looking down, movement and house chores.

Pain in thoracic spine
History of present illness/condition:
The patient rated the intensity of their pain/symptoms as a 5 on a scale of zero to 10 with zero being complete absence of symptoms and 10 being very severe or unbearable. The patient describes their pain with the following qualifiers: dull, sharp, aching and stiffness. Upon questioning, they related that the symptoms were aggravated by activities involving sitting, looking down and movement.

Low back pain
History of present illness/condition:
The patient rated the intensity of their pain/symptoms as a 2 on a scale of zero to 10 with zero being complete absence of symptoms and 10 being very severe or unbearable. The patient describes their pain with the following qualifiers: aching and stiffness. The patient describes their symptoms as radiating down the left upper leg. Upon questioning, they related that the symptoms were aggravated by activities involving standing and bending.

## Objective

**Posture Analysis**

| Posture Element | Analysis |
|---|---|
| Anterior Head | |
| Rounded Shoulder | Bilateral |

**Range of motion/joint fixation:**

| Passive/Active | Joint | Plane of Motion | Degrees | Level of Decrease | With Pain |
|---|---|---|---|---|---|
| Active | Cervical | Flex | | Mild | Yes |
| Active | Cervical | Ext | | Mild | Yes |
| Active | Cervical | LLF | | Mild | No |
| Active | Cervical | RLF | | Mild | No |
| Active | Cervical | LR | | Mild-Moderate | Yes |
| Active | Cervical | RR | | Normal | No |
| Active | Lumbar | Flex | | Normal | Yes |

Tight and tender scalenes and scm's Tight and tender levator scapulae muscles. Hypertonicity in trapezius, rhomboids, and posterior cervicals. Lumbar paraspinal hypertonicity with tenderness, Tight and tender gluteus Hypertonic piriformis muscles with tenderness. Hamstring tightness with tenderness. (bilaterally)
very tender w jump sign along C5-C7 disc area

## Assessment

### Diagnoses

| Number | ICD Code | Description |
|--------|----------|-------------|
| 1 | M99.01 | Segmental and somatic dysfunction of cervical region |
| 2 | M46.42 | Discits, unspecified, cervical region |
| 3 | M99.02 | Segmental and somatic dysfunction of thoracic region |
| 4 | M79.1 | Myalgia |
| 5 | M99.04 | Segmental and somatic dysfunction of sacral region |

General Assessment:
first visit

Prognosis:
Overall Prognosis: Guarded
Patient Statements: Felt immediate relief while still in office
Provider Statements: Tolerated treatment well

Activities of daily living: His pain is mod. at the moment/ goal is no pain in two months
He cannot read as much ass he would like due to severe pain/ goal is to increase reading time by 30 mins per two weeks
He has moderate headaches which come frequently/ goal is no headaches in 2 months
driving causes moderate pain/ goal is to drive as much as he would like in 2 months

## Plan

### Treatments

| CPT | Mod1 | Mod2 | Mod3 | Mod4 | Units | Duration | Description | DxLink |
|-----|------|------|------|------|-------|----------|-------------|--------|
| 99202 | 25 | | | | 1 | | E/M Expanded | 1, 2, 3, 4, 5 |
| 98941 | | | | | 1 | | CMT 3-4 Regions | 1, 2, 3, 4, 5 |
| G0283 | GP | | | | 1 | | EMS | 1, 2, 3, 4, 5 |
| 97110 | GP | | | | 1 | | Therap. Exercise 15 | 1, 2, 3, 4, 5 |

### Patient Care Plan

| | |
|--|--|
| Informed Consent Obtained: | Yes |
| Problem: | M54.2 – Cervicalgia, M54.6 – Pain in thoracic spine, M54.5 – Low back pain |
| Plan Start Date: | 9/28/2016 |
| Frequency: | 3 times a week, 2 times a week        3x2, 2x2 |
| Duration: | 1 month |
| Estimated Plan End Date: | 10/24/2016 |
| Expectation for Recovery: | Maximum Medical Improvement |
| Services: | CMT, Myofascial Release, Electrical Stimulation, PIR stretching fo SCM, Scalenes, and occiput to increase ROM, PIR stretching of Hamstrings, gluteals, and pirifromis to increase ROM, PIR stretching of psoas, groin, adductors, and QL to increase ROM. total stretching time 8-10 mins |
| Home Care Recommendations: | Home exercises, Stretches, Ice 20 mins. every 2 hours. Heat, foam roller excercises, CORE Strengthening |

Tight and tender scalenes and scm's Tight and tender levator scapulae muscles. Hypertonicity in trapezius, rhomboids, and posterior cervicals. Lumbar paraspinal hypertonicity with tenderness. Tight and tender gluteus Hypertonic piriformis muscles with tenderness. Hamstring tightness with tenderness. (bilaterally)
very tender w/jump sign along C5-C7 disc area

## Assessment

**Diagnoses**

| Number | ICD Code | Description |
|---|---|---|
| 1 | M99.01 | Segmental and somatic dysfunction of cervical region |
| 2 | M46.42 | Discitis, unspecified, cervical region |
| 3 | M99.02 | Segmental and somatic dysfunction of thoracic region |
| 4 | M79.1 | Myalgia |
| 5 | M99.04 | Segmental and somatic dysfunction of sacral region |

**General Assessment:**
first visit

**Prognosis:**
Overall Prognosis: Guarded
Patient Statements: Felt immediate relief while still in office
Provider Statements: Tolerated treatment well

**Activities of daily living:**His pain is mod. at the moment/ goal is no pain in two months
He cannot read as much aas he would like due to severe pain/ goal is to increase reading time by 30 mins per two weeks
He has moderate headaches which come frequently/ goal is no headaches in 2 months
driving causes moderate pain/ goal is to drive as much as he would like in 2 months

## Plan

**Treatments**

| CPT | Mod1 | Mod2 | Mod3 | Mod4 | Units | Duration | Description | DxLink |
|---|---|---|---|---|---|---|---|---|
| 99202 | 25 | | | | 1 | | E/M Expanded | 1, 2, 3, 4, 5 |
| 98941 | | | | | 1 | | CMT 3-4 Regions | 1, 2, 3, 4, 5 |
| G0283 | GP | | | | 1 | | EMS | 1, 2, 3, 4, 5 |
| 97110 | GP | | | | 1 | | Therap. Exercise 15 | 1, 2, 3, 4, 5 |

**Patient Care Plan**

| | |
|---|---|
| Informed Consent Obtained: | Yes |
| Problem: | M54.2 - Cervicalgia, M54.6 - Pain in thoracic spine, M54.5 - Low back pain |
| Plan Start Date: | 9/26/2016 |
| Frequency: | 3 times a week, 2 times a week        3x2, 2x2 |
| Duration: | 1 month |
| Estimated Plan End Date: | 10/24/2016 |
| Expectation for Recovery: | Maximum Medical Improvement |
| Services: | CMT, Myofascial Release, Electrical Stimulation. PIR stretching fo SCM, Scalenes, and occiput to increase ROM, PIR stretching of Hamstrings, gluteals, and piriformis to increase ROM, PIR stretching of psoas, groin, adductors, and QL to increase ROM, total stretching time 8-10 mins |
| Home Care Recommendations: | Home exercises, Stretches, Ice 20 mins. every 2 hours, Heat, foam roller excercises, CORE Strengthening |

**Complete Chiropractic**
4851 Legacy Dr.
Suite 307
Frisco, TX 75034
Phone: 972.377.3909

**Patient Name:**      Green, Marlon
**Date of Birth:**      7/15/1971
**Date of Service:**   9/29/2016

Marlon Green
DOB 7-15-1971

Marlon Green stated that he is having less popping and cracking.

## Subjective

This patient presents with the following problems:
**Cervicalgia**
**History of present illness/condition:**
The patient rated the intensity of their pain/symptoms as a 5 on a scale of zero to 10 with zero being complete absence of symptoms and 10 being very severe or unbearable. The patient describes their pain with the following qualifiers: sharp, dull, aching and stiffness. The patient describes their symptoms as radiating bilaterally down the shoulder. Upon questioning, they related that the symptoms were aggravated by activities involving sitting, typing, looking down, movement and house chores. The patient stated that some relief is obtained when stretching/exercise is used and adjustments are provided.

**Pain in thoracic spine**
**History of present illness/condition:**
The patient rated the intensity of their pain/symptoms as a 5 on a scale of zero to 10 with zero being complete absence of symptoms and 10 being very severe or unbearable. The patient describes their pain with the following qualifiers: dull, sharp, aching and stiffness. Upon questioning, they related that the symptoms were aggravated by activities involving sitting, looking down and movement. The patient stated that some relief is obtained when stretching/exercise is used and adjustments are provided.

**Low back pain**
**History of present illness/condition:**
The patient rated the intensity of their pain/symptoms as a 2 on a scale of zero to 10 with zero being complete absence of symptoms and 10 being very severe or unbearable. The patient describes their symptoms as radiating down the left upper leg. Upon questioning, they related that the symptoms were aggravated by activities involving standing and bending. The patient stated that some relief is obtained when stretching/exercise is used and adjustments are provided.

## Objective

### Posture Analysis

| Posture Element | Analysis |
| --- | --- |
| Anterior Head | |
| Rounded Shoulder | Bilateral |

### Spinal Alignments

| Location | Alignment |
| --- | --- |
| C2 | Rotated Left |
| C4 | Rotated Right |
| C7 | Rotated Right |
| T2 | Rotated Right |
| T4 | Rotated Right |
| T6 | Rotated Right |
| R Ili | Posterior |

**Palpation/Spasm/Tissue Changes**

| Region/Area | Anatomy | Finding | Severity | Progress |
|---|---|---|---|---|
| Bilateral Cervical, Cervico-Thoracic | | myofascial pain and tenderness | moderate | Improving |
| Bilateral Lumbar, Lumbosacral | | myofascial pain and tenderness | moderate | Improving |

Tight and tender scalenes and scm's Tight and tender levator scapulae muscles. Hypertonicity in trapezius, rhomboids, and posterior cervicals. Lumbar paraspinal hypertonicity with tenderness. Tight and tender gluteus Hypertonic piriformis muscles with tenderness. Hamstring tightness with tenderness. (bilaterally) All have decreased overall

# Assessment

**Diagnoses**

| Number | ICD Code | Description |
|---|---|---|
| 1 | M99.01 | Segmental and somatic dysfunction of cervical region |
| 2 | M46.42 | Discitis, unspecified, cervical region |
| 3 | M99.02 | Segmental and somatic dysfunction of thoracic region |
| 4 | M79.1 | Myalgia |
| 5 | M99.04 | Segmental and somatic dysfunction of sacral region |

**General Assessment:**
Improvement

**Prognosis:**
Overall Prognosis: Guarded
Patient Statements: Felt immediate relief while still in office
Provider Statements: Tolerated treatment well, Responding favorably

# Plan

**Treatments**

| CPT | Mod1 | Mod2 | Mod3 | Mod4 | Units | Duration | Description | DxLink |
|---|---|---|---|---|---|---|---|---|
| 98941 | | | | | 1 | | CMT 3-4 Regions | 1, 2, 3, 4, 5 |
| G0283 | GP | | | | 1 | | EMS | 1, 2, 3, 4, 5 |
| 97110 | GP | | | | 1 | | Therap. Exercise 15 | 1, 2, 3, 4, 5 |

Reviewed home lumbar, hamstring, glut., and piriformis stretching

**Patient Care Plan**

| | |
|---|---|
| Informed Consent Obtained: | Yes |
| Problem: | M54.2 - Cervicalgia, M54.6 - Pain in thoracic spine, M54.5 - Low back pain |
| Plan Start Date: | 9/26/2016 |
| Frequency: | 3 times a week, 2 times a week          3x2, 2x2 |
| Duration: | 1 month |
| Estimated Plan End Date: | 10/24/2016 |
| Expectation for Recovery: | Maximum Medical Improvement |
| Services: | CMT, Myofascial Release, Electrical Stimulation, PIR stretching fo SCM, Scalenes, and occiput to increase ROM, PIR stretching of Hamstrings, gluteals, and piriformis to increase ROM, PIR stretching of psoas, groin, adductors, and QL to increase ROM, total stretching time 8-10 mins |

**Palpation/Spasm/Tissue Changes**

| Region/Area | Anatomy | Finding | Severity | Progress |
|---|---|---|---|---|
| Bilateral Cervical, Cervico-Thoracic | | myofascial pain and tenderness | moderate | Improving |
| Bilateral         Lumbar, Lumbosacral | | myofascial pain and tenderness | moderate | Improving |

Tight and tender scalenes and scm's Tight and tender levator scapulae muscles. Hypertonicity in trapezius, rhomboids, and posterior cervicals. Lumbar paraspinal hypertonicity with tenderness. Tight and tender gluteus Hypertonic piriformis muscles with tenderness. Hamstring tightness with tenderness. (bilaterally) All have decreased overall

# Assessment

**Diagnoses**

| Number | ICD Code | Description |
|---|---|---|
| 1 | M99.01 | Segmental and somatic dysfunction of cervical region |
| 2 | M46.42 | Discitis, unspecified, cervical region |
| 3 | M99.02 | Segmental and somatic dysfunction of thoracic region |
| 4 | M79.1 | Myalgia |
| 5 | M99.04 | Segmental and somatic dysfunction of sacral region |

**General Assessment:**
Improvement

**Prognosis:**
Overall Prognosis: Guarded
Patient Statements: Felt immediate relief while still in office
Provider Statements: Tolerated treatment well, Responding favorably

# Plan

**Treatments**

| CPT | Mod1 | Mod2 | Mod3 | Mod4 | Units | Duration | Description | DxLink |
|---|---|---|---|---|---|---|---|---|
| 98941 | | | | | 1 | | CMT 3-4 Regions | 1, 2, 3, 4, 5 |
| G0283 | GP | | | | 1 | | EMS | 1, 2, 3, 4, 5 |
| 97110 | GP | | | | 1 | | Therap. Exercise 15 | 1, 2, 3, 4, 5 |

Reviewed home lumbar, hamstring, glut., and piriformis stretching

**Patient Care Plan**

| | |
|---|---|
| Informed Consent Obtained: | Yes |
| Problem: | M54.2 - Cervicalgia, M54.6 - Pain in thoracic spine, M54.5 - Low back pain |
| Plan Start Date: | 9/26/2016 |
| Frequency: | 3 times a week, 2 times a week          3x2, 2x2 |
| Duration: | 1 month |
| Estimated Plan End Date: | 10/24/2016 |
| Expectation for Recovery: | Maximum Medical Improvement |
| Services: | CMT, Myofascial Release, Electrical Stimulation, PIR stretching fo SCM, Scalenes, and occiput to increase ROM, PIR stretching of Hamstrings, gluteals, and piriformis to increase ROM, PIR stretching of psoas, groin, adductors, and QL to increase ROM, total stretching time 8-10 mins |

| | |
|---|---|
| Home Care Recommendations: | Home exercises, Stretches, Ice 20 mins. every 2 hours, Heat, foam roller excercises, CORE Strengthening |
| Short Term Goals: | Reduce pain and restore normal joint function and muscle balance. |
| Long Term Goals: | Restoring functional independence and tolerance to normal activities of daily living |
| Outcome Measures: | Neck Disability Index, Oswestry Low Back Pain |
| Techniques to be Utilized: | Diversified |
| Goal 1: | Decrease hypertonic muscluature, Increase CORE strength |
| Goal 2: | Reduce subluxations, Increase flexability |
| Goal 3: | Improve ROM, Improve sleep, Increase sitting time without pain, Increase standing time without pain, Improve recreation time without pain |

Signed by Dr. Sharyce Wise

| | |
|---|---|
| Short Term Goals: | Reduce pain and restore normal joint function and muscle balance. |
| Long Term Goals: | Restoring functional independence and tolerance to normal activities of daily living |
| Outcome Measures: | Neck Disability Index, Oswestry Low Back Pain |
| Techniques to be Utilized: | Diversified |
| Goal 1: | Decrease hypertonic muscluature, Increase CORE strength |
| Goal 2: | Reduce subluxations, Increase flexability |
| Goal 3: | Improve ROM, Improve sleep, Increase sitting time without pain, Increase standing time without pain, Improve recreation time without pain |

Signed by Dr. Sharyce Wise

| Date | GP | | Exercise 15 | Wise | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | 0.00 | | 0.00 | | 644.00 | 0.00 | 0.00 |
| 10/6/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | 0.00 | | 0.00 | | 655.00 | 0.00 | 0.00 |
| 10/7/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | 0.00 | | 0.00 | | 710.00 | 0.00 | 0.00 |
| 10/7/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | 0.00 | | 0.00 | | 755.00 | 0.00 | 0.00 |
| 10/7/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | 0.00 | | 0.00 | | 766.00 | 0.00 | 0.00 |
| 10/10/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | 0.00 | | 0.00 | | 821.00 | 0.00 | 0.00 |
| 10/10/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | 0.00 | | 0.00 | | 866.00 | 0.00 | 0.00 |
| 10/10/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | 0.00 | | 0.00 | | 877.00 | 0.00 | 0.00 |
| 10/13/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | 0.00 | | 0.00 | | 932.00 | 0.00 | 0.00 |
| 10/13/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | 0.00 | | 0.00 | | 977.00 | 0.00 | 0.00 |
| 10/13/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | 0.00 | | 0.00 | | 988.00 | 0.00 | 0.00 |
| 10/17/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | 0.00 | | 0.00 | | 1043.00 | 0.00 | 0.00 |
| 10/17/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | 0.00 | | 0.00 | | 1088.00 | 0.00 | 0.00 |
| 10/17/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | 0.00 | | 0.00 | | 1099.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| **Insurance Balance:** | $ 1099.00 | **Patient Balance:** | 0.00 |
| | | **Account Balance:** | $ 1099.00 |

Dr.Sharyce Wise Tax ID:75-271-7817

Complete Chiropractic
4851 Legacy Dr. ,Suite 307
Frisco, TX 75034

P:972.377.3909

| ACCOUNT NUMBER | BILLING PERIOD |
|---|---|
| 1843769 | 9/20/2016-10/20/2016 |
| **PATIENT NAME** | |
| Marlon Green | |

### Patient Statement

Marlon Green
2411 S I35E
Denton, TX 76210

| AMOUNT DUE: | $ 0.00 |
|---|---|
| AMOUNT ENCLOSED: | |

### PLEASE RETURN TOP PORTION WITH YOUR PAYMENT

----------------------------------------------------------------------------------------------------

| Date | Units/ Billing Code | Desc. of Service | Provider | Clinic Fee | Prt. Allowed Fee | Prt. Portion | Prt. Paid | Prt. Write Off/Adj | Sec. Portion | Sec. Paid | Sec. Write Off/Adj | Tert. Portion | Tert. Paid | Tert. Write Off/Adj | Ins. Bal. | Pat. Portion | Pat. Paid | Pat. Write Off/Adj | Pat. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | | 0.00 | | | 0.00 | | 55.00 | 0.00 | | | 0.00 |
| 9/26/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | | 0.00 | | | 0.00 | | 100.00 | 0.00 | | | 0.00 |
| 9/26/16 | 1 - 99202/25 | E/M Expanded | Sharyce Wise | 100.00 | | 100.00 | 0.00 | | | 0.00 | | | 0.00 | | 200.00 | 0.00 | | | 0.00 |
| 9/26/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | | 0.00 | | | 0.00 | | 211.00 | 0.00 | | | 0.00 |
| 9/27/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | | 0.00 | | | 0.00 | | 266.00 | 0.00 | | | 0.00 |
| 9/27/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | | 0.00 | | | 0.00 | | 311.00 | 0.00 | | | 0.00 |
| 9/27/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | | 0.00 | | | 0.00 | | 322.00 | 0.00 | | | 0.00 |
| 9/29/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | | 0.00 | | | 0.00 | | 377.00 | 0.00 | | | 0.00 |
| 9/29/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | | 0.00 | | | 0.00 | | 422.00 | 0.00 | | | 0.00 |
| 9/29/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | | 0.00 | | | 0.00 | | 433.00 | 0.00 | | | 0.00 |
| 10/5/16 | 1 - 97110/ GP | Therap. Exercise 15 | Sharyce Wise | 55.00 | | 55.00 | 0.00 | | | 0.00 | | | 0.00 | | 488.00 | 0.00 | | | 0.00 |
| 10/5/16 | 1 - 98941 | CMT 3-4 Regions | Sharyce Wise | 45.00 | | 45.00 | 0.00 | | | 0.00 | | | 0.00 | | 533.00 | 0.00 | | | 0.00 |
| 10/5/16 | 1 - G0283/ GP | EMS | Sharyce Wise | 11.00 | 11.00 | 11.00 | 0.00 | | | 0.00 | | | 0.00 | | 544.00 | 0.00 | | | 0.00 |
| 10/6/16 | 1 - 97110/ GP | Therap. | Sharyce | 55.00 | | 55.00 | 0.00 | | | 0.00 | | | 0.00 | | 599.00 | 0.00 | | | 0.00 |

# Request for VA Billing
# Personal Injury Case

**Veteran's Name (Last, First, Middle Initial)**

Green Marlon J Sr.

**Full Social Security Number**

435298359

**Veteran's Mailing Address & Phone Number**

2411 S. I 35E. #925

**Detailed Description of Incident Resulting In Injury: Include Date and Location**

on July 2nd 2016 J.B. side swipped me while merging in the right lane fron the left.

**Injuries Sustained / Nature of Disease**

Dammages to door mally, it had been replaced already but I have recieved no medical reimbursement at all.

**Names of <u>VA Facilities</u> Where Related Treatment Was Received**

VA Denton County Texas

**If You Have Received Related Treatment at a <u>Non-VA Facility</u>, Please List Providers**

Affordable Chiropractic Care, Dallas Lifstyle Management Frisco, TX. Mall Acpressure

**Name of Veteran's Attorney**

ProSe

**Phone**

2147262189

**Mailing Address**

2411 S. I 35 E # 925
Denton, TX. 76210

**Fax**

9404845274

<u>VETERAN'S INSURANCE POLICY INFORMATION</u>
Identify Applicable Insurers & Type *Examples: No Fault Insurance, Medical Payments from Veteran's Liability Insurance, Under-/Un-insured Motorist Insurance*                Phone

Travelors                                                                    508 324-8404


Mailing Address                                                      Fax
PO Box 5076 Hartford, CT 06102-5076
                                                                              86663947031


Adjuster and Claim#                                               <u>POLICY LIMITS Description</u>
Martha Mlynek                H1X6423                         25,000/50,000


<u>RESPONSIBLE PARTY'S INFORMATION</u>
Identify Tortfeasor and their Insurer                      Phone

Covenant Transport, Inc                                        8005952615


Mailing Address                                                      Fax
12707 High Bluff Dr. St. 220
San Diego, CA 92130                                              623-209-2610


Adjuster and Claim#                                               <u>POLICY LIMITS Description</u>

Rusty Cooper                                                         up to 1,000,000


Defense Counsel, If Known                                   Phone
Michael C. Wright                                                 972-267-8400


Mailing Address                                                      Fax
15770 Dallas Parkway, Suite 1050
                                                                              972-267-8401


*VA is entitled to recover reimbursement of the cost of medical care provided or paid for by VA from a tortfeasor, and any applicable insurer, for care related to personal injury under 42 U.S.C. §2651 et seq., and from a VA beneficiaries' own insurance policy for medical payments, a workers compensation plan, an auto reparation plan, among others, under 38 U.S.C. §1729.*

**Capital**One™

P.O. Box 30279
Salt Lake City, UT 84130-0279

558

April 25, 2017

Marlon J Green
2411 Interstate 35 S Apt 925
Denton TX 76210

Re: Your Account Number xxxxxxxxxxxx1933
Case Number: 10002768049603

Dear Marlon J Green,

Here's an update on your dispute with MAACO COLLISION REPAIR billed on 02/28/2017 for $500.00.

When you contacted us about this, we credited your account for $500.00 the amount you are disputing. Since then, the merchant provided information to support the transaction. So for now, we are reapplying the charge to your account, and it will appear on your next one to two billing statements. If the merchant provided documentation showing the charge is valid, we provided a copy of it with this letter. At this time, we consider your case closed.

**If you still want to continue with this dispute, please send us a signed and dated letter that includes your case number, the merchant's name, the date of the transaction, and the disputed amount by 05/16/2017.** Please also provide the following information in your letter:

Your response to the documentation sent in by the merchant, as well as: A copy of your sales invoice or purchase agreement and the date and proof of cancellation and / or return. The cancellation / return policy of the merchant, if available, and whether you were advised of the policy at the time of the sale. A description of how you tried to resolve the dispute with the merchant. A refund voucher from the merchant.

**Please fax the requested information to 1-888-435-4217,** and allow 10 business days for us to respond. If you're unable to respond by fax, please send us the requested information in the enclosed pre-addressed envelope, and allow 15 business days for us to respond.

If you have any questions, please give us a call at 1-800-887-8643. We're available from 7 a.m. to 1 a.m. ET, seven days a week.

Sincerely,

Capital One®
Transaction Support Center

© 2017 Capital One. Capital One is a federally registered service mark.

005833 / QA-  662/DMM

2041-009 JB16300K

 **AMERICA'S BODYSHOP**

04/19/2017

Re: Case # 170876235501

To whom this may concern,

The credit card amount of $500.00 collected from Marlon Green on 02/28/17 represents his insurance deductible that was due to Maaco on the time of drop of his 2016 Volkswagon Jetta for repair. The funds were collected in a legal and binding manner and there is no reason to have these funds charged back. I have included all necessary documentation as proof to this transaction.

If you have any questions, I can be contacted at 940-565-9505.

Thank you,

Adam M. Reubin
Owner/Operator

| Parts | | |
|---|---|---|
| Ordered | Received | Completed |
| | | |
| | | |

**GREEN, MARLON**
**16 VOLKSWAGEN JETTA PLATINUM**

**12244**
**SPOT**

Estimated: 2/21/2017   Date In: 2/28/2017   Promised:   3/9/2017
Estimator:  Nelson Guzman  Body Tech: KEITH   Paint Tech:
Estimate #: 11652-2



#MAACOVER   www.maaco.com
45-2503910
Store # M2078
2115 Sadau Ct
Denton, TX 76210
Phone # (940) 565-9505
Fax # (940) 591-9993

GREEN, MARLON
2411 S I-35 E 925
Denton, TX 76210-
Phone 1 (214) 726-2189
Phone 2
Phone 3
Email MGREENM.L@NETZERO.COM

16 Volkswagen Jetta 1.8T Sport 4 DR Seda
Lic:
VIN:   3VWD17AJ8 GM228545  Color: PLATINUM
Mileage In:
Paint Code:  9046,LD7X, BU

# REPAIR ORDER

**Maaco Collision Repair & Auto Painting Centers are Licensed by Maaco Franchising, Inc. and are privately owned and operated**

| Operation | Description | | Type | Part # | | Amount | Labor Units | Spot Refinish | ($) |
|---|---|---|---|---|---|---|---|---|---|
| Remove/Install | Front Bumper Cover R&I | | | | | | 0.50 BL | | 22.00 |
| Remove/Install | Headlamp Assy,Halogen LT | | | | | | 0.30 BL | | 13.20 |
| Blend | Fender,Front | LT | | | | | | 1.00 | 44.00 |
| Remove/Install | Skirt,Inner Fender | LT | | | | | 0.40 BL | | 17.60 |
| Repair, Partial | Panel,Rocker | RT | | | | | 3.00 BL | | 132.00 |
| Refinish | Panel,Rocker | RT | | | | | | 1.50 | 66.00 |
| Remove/Install | Front Door R&I | LT | LKQ | ECONOMY PART | TP | 656.25 | 6.70 BL | | 294.80 |
| Remove/Replace | Door Shell,Front | LT | | | | | | 4.80 | 211.20 |
| Refinish | Door Shell,Front | LT | | | | | | 1.10 | 48.40 |
| Blend | Door Shell,Rear | LT | | | | | 0.10 BL | | 4.40 |
| Remove/Install | Mldg,Rear Door Belt  LT | | | | | | 0.50 BL | | 22.00 |
| Remove/Install | Pnl,Inner Door Trim  LT | | | | | | 0.50 BL | | 22.00 |
| Remove/Install | Handle,RR Door Outer  LT | | | | PM | 285.60 | | | |
| | Paint Materials | | | | | | | | |

| Item | Description | Code | Qty | Each | Retail |
|---|---|---|---|---|---|
| Paint | Refinish Labor | RL | 8.40 | 44.00 | 369.60 |
| Supplies-Paint | Paint Materials | PM | | | 285.60 |
| Body Shop | Body Labor | BL | 12.00 | 44.00 | 528.00 |
| Parts | Taxable Part | TP | | | 656.25 |
| | | | | | 1,839.45 |
| Subtotal | | | | | $77.70 |
| Sales Tax | | | | | $1917.15 |
| Grand Total | | | | | |

| Payments | | | | |
|---|---|---|---|---|
| | 2/28/2017 | Credit | 600.00 | |
| | 3/8/2017 23573132 | Check | 759.76 | |
| | 3/17/2017 | Credit | 557.39 | 0.00 |

**Due at Delivery**

Remarks    No other Body Work Wanted Sand/Seal
Minor Imperfections will Show
No Guarantee on Rust

Trim Removal provides Maaco's Limited Lifetime Warranty
Any areas masked off are covered by a Maaco's Prorated warranty
1 Year Full
2 Year prorated

Date: 3/17/2017     Time: 10:51 AM     Page 1 of 1

At Maaco, we value your opinion. Please tell us about your experience at www.TellMaaco.com or by calling the Toll Free Number at 1 (866) 663-9586.

005835 / QA-  662/DMM

| Parts | | |
|---|---|---|
| Ordered | Received | Completed |
| | | |

**GREEN, MARLON**
**16 VOLKSWAGEN JETTA PLATINUM**

# 12244
Est# 11662

Estimated: 2/21/2017   Date In: 2/28/2017   Promised:

Estimator: Nelson
Guzman

Body Tech:   Paint Tech:   Repair Type: Spot



#MAACOVER   www.maaco.com
45-2503910
Store # M2078
2115 Sadau Ct
Denton, TX 76210
Phone # (940) 565-9505
Fax # (940) 591-9993

GREEN, MARLON
2411 S I-35 E 925
Denton, TX 76210-
Phone 1 (214) 725-2189
Phone 2
Phone 3
Email MGREENML@NETZERO.COM

16 Volkswagen Jetta 1.8T Sport 4 DR Seda
Lic:
VIN: 3VWD17AJ8 CM229545  Color: PLATINUM
Mileage In:
Paint Code: 9046,LD7X, BU

## CUSTOMER RIGHTS & NOTICE TO CUSTOMER

Maaco Collision Repair & Auto Painting Centers are Licensed by Maaco Franchising, Inc, and are privately owned and operated

This is a price estimate for repairs you have authorized. The final price could change if there is a price increase in manufacturer's parts prices or if during the repair additional or hidden damage is discovered. Should additional damage be discovered, you will be contacted before we proceed with repairs. All parts will be replaced as specified on the estimate unless a new part is installed at the same cost to you as the part type specified. Parts prices are subject to list price on parts invoice. You are entitled to request the return of replaced parts prior the repairs being performed.

_____ I DO NOT WISH THE OLD PARTS TO BE RETURNED   _____ I REQUEST OLD PARTS RETURNED

Estimate is good for 30 days.
$44.00 body work labor rate per unit.
$78.00 frame labor rate per unit.
$85.00 mechanical labor rate per unit.
as estimated storage charges per day after 3 days following completion.

## SERVICE AUTHORIZATION

I authorize the above repairs to be done and Maaco's employees and authorized vendors to operate my vehicle for purposes of repair. I understand Maaco will not be responsible for mechanical failure or for loss or damage to cars due to causes beyond their control. I understand Maaco cannot assume responsibility for personal items left in vehicles or defects in painted areas, caused by old body work, fillers, and plastics, or customer's own body work.

I agree that if any obligation for repairs, parts or other materials is not paid when due or if suit is brought against me relating to any repair hereto, I shall pay all reasonable costs of collection including attorney's fees, court costs, interest and all other monies provided by law.

SIGNATURE _Marlon Green_

DATE _____   APPOINTMENT _____

# MAACO   AMERICA'S BODYSHOP

04/19/2017

Re: Case # 170876235501

To whom this may concern,

The credit card amount of $500.00 collected from Marlon Green on 02/28/17 represents his insurance deductible that was due to Maaco on the time of drop of his 2016 Volkswagon Jetta for repair. The funds were collected in a legal and binding manner and there is no reason to have these funds charged back. I have included all necessary documentation as proof to this transaction.

If you have any questions, I can be contacted at 940-565-9505

Thank you,

Adam M. Reubin
Owner/Operator

COLR9452 6056 0077 204          26 170426 PAGE 00006 OF 00012 DNCASP          558          0-0

| Parts | | |
|---|---|---|
| Ordered | Received | Completed |
| | | |

**GREEN, MARLON**
**16 VOLKSWAGEN JETTA PLATINUM**

## 12244
### SPOT

Estimated: 2/24/2017     Date In: 2/28/2017     Promised:     3/9/2017
Estimator: Nelson Guzman  Body Tech: KEITH     Paint Tech:
Estimate #: 11852-Z

### MAACO

**#MAACOVER   www.maaco.com**
45-2503910
Store # M2078
2115 Sadau Ct
Denton, TX 76210
Phone # (940) 565-9505
Fax # (940) 591-9993

GREEN, MARLON
2411 S I-35 E 925
Denton, TX 76210-
Phone 1 (214) 728-2189
Phone 2
Phone 3
Email MGREENM.L@NETZERO.COM

16 Volkswagen Jetta 1.8T Sport 4 DR Seda
Lic:
VIN:      3VWD17AJ8 GM229646  Color: PLATINUM
Mileage In:
Paint Code:  9046,LD7X, BU

## REPAIR ORDER

Maaco Collision Repair & Auto Painting Centers are Licensed by Maaco Franchising, Inc. and are privately owned and operated

| Operation | Description | | Type | Part # | Amount | Labor Units | Spot Refinish | ($) |
|---|---|---|---|---|---|---|---|---|
| Remove/Install | Front Bumper Cover R&I | | | | | 0.50 BL | | 22.00 |
| Remove/Install | Headlamp Assy,Halogen | LT | | | | 0.30 BL | | 13.20 |
| Blend | Fender,Front | LT | | | | | 1.00 | 44.00 |
| Remove/Install | Skirt,Inner Fender | LT | | | | 0.40 BL | | 17.60 |
| Repair, Partial | Panel,Rocker | RT | | | | 3.00 BL | | 132.00 |
| Refinish | Panel,Rocker | RT | | | | | 1.50 | 66.00 |
| Remove/Install | Front Door R&I | LT | LKQ | ECONOMY PART | TP | 656.25 | 6.70 BL | | 294.80 |
| Remove/Replace | Door Shell,Front | LT | | | | | 4.80 | 211.20 |
| Refinish | Door Shell,Front | LT | | | | | 1.10 | 48.40 |
| Blend | Door Shell,Rear | LT | | | | 0.10 BL | | 4.40 |
| Remove/Install | Mldg,Rear Door Belt | LT | | | | 0.50 BL | | 22.00 |
| Remove/Install | Pnl,Inner Door Trim | LT | | | | 0.50 BL | | 22.00 |
| Remove/Install | Handle,RR Door Outer | LT | | | PM | 285.60 | | | |
| | Paint Materials | | | | | | | |

| Item | Description | Code | Qty | Each | Retail |
|---|---|---|---|---|---|
| Paint | Refinish Labor | RL | 8.40 | 44.00 | 389.60 |
| Supplies-Paint | Paint Materials | PM | | | 285.60 |
| Body Shop | Body Labor | BL | 12.00 | 44.00 | 528.00 |
| Parts | Taxable Part | TP | | | 656.25 |
| Subtotal | | | | | 1,839.45 |
| Sales Tax | | | | | $77.70 |
| Grand Total | | | | | $1917.15 |

| Payments | | | | |
|---|---|---|---|---|
| | 2/28/2017 | Credit | 500.00 | |
| | 3/8/2017 23573132 | Check | 759.76 | |
| | 3/17/2017 | Credit | 657.39 | |
| Due at Delivery | | | | 0.00 |

Remarks    No other Body Work Wanted Send/Seel
Minor Imperfections will Show
No Guarantee on Rust

Trim Removal provides Maaco's Limited Lifetime Warranty
Any areas masked off are covered by a Maaco's Prorated warranty
1 Year Full
2 Year prorated

Date: 3/17/2017          Time: 10:51 AM          Page 1 of 1

At Maaco, we value your opinion. Please tell us about your experience at www.TellMaaco.com or by calling the Toll Free Number at 1 (866) 683-9586.

| Parts | | |
|-------|---------|-----------|
| Ordered | Received | Completed |
| | | |

**GREEN, MARLON**
**16 VOLKSWAGEN JETTA PLATINUM**

# 12244
Est# 11652

Estimated: 2/21/2017   Date In: 2/28/2017   Promised:

Estimator: Nelson   Body Tech:   Paint Tech:   Repair Type: Spot
Guzman

**Maaco**

#MAACOVER   www.maaco.com
45-2503810
**Store # M2078**
**2115 Sadau Ct**
**Denton, TX 76210**
**Phone # (940) 565-9505**
**Fax # (940) 591-9993**

GREEN, MARLON
2411 S I-35 E 925
Denton, TX 76210-
Phone 1 (214) 726-2189
Phone 2
Phone 3
Email MGREENM.L@NETZERO COM

16 Volkswagen Jetta 1.8T Sport 4 DR Seda
Lic:
VIN:   3VWD17AJ6 GM228545 Color: PLATINJM
Mileage In:
Paint Code : 9046,LD7X, BU

## CUSTOMER RIGHTS & NOTICE TO CUSTOMER

Maaco Collision Repair & Auto Painting Centers are Licensed by Maaco Franchising, Inc, and are privately owned and operated

This is a price estimate for repairs you have authorized. The final price could change if there is a price increase in manufacturer's parts prices or if during the repair additional or hidden damage is discovered. Should additional damage be discovered, you will be contacted before we proceed with repairs. All parts will be replaced as specified on the estimate unless a new part is installed at the same cost to you as the part type specified. Parts prices are subject to list price on parts invoice. You are entitled to request the return of replaced parts prior the repairs being performed.

_____ I DO NOT WISH THE OLD PARTS TO BE RETURNED   _____ I REQUEST OLD PARTS RETURNED

Estimate is good for 30 days.
$44.00 body work labor rate per unit.
$78.00 frame labor rate per unit.
$65.00 mechanical labor rate per unit.
as estimated storage charges per day after 3 days following completion.

## SERVICE AUTHORIZATION

I authorize the above repairs to be done and Maaco's employees and authorized vendors to operate my vehicle for purposes of repair. I understand Maaco will not be responsible for mechanical failure or for loss or damage to cars due to causes beyond their control. I understand Maaco cannot assume responsibility for personal items left in vehicles or defects in painted areas, caused by old body work, fillers, and plastics, or customer's own body work.

I agree that if any obligation for repairs, parts or other materials is not paid when due or if suit is brought against me relating to any repair hereto, I shall pay all reasonable costs of collection including attorney's fees, court costs, interest and all other monies provided by law.

SIGNATURE _Marlon Green_____

DATE _____   APPOINTMENT _____
RENTAL CAR YES _____ NO _____ RENTAL COMPANY _____ REF# _____

Date: 2/28/2017   Time: 3:38 PM   Page 1 of 1

Case 4:17-cv-00558-ALM-CAN  Document 1-1   Filed 08/15/17   Page 33 of 49 PageID #: 38

 **AMERICA'S BODYSHOP®**

**Vehicle Information:**

Year: 2016

Make & Model: VW Jetta

VIN: _____

Work Order # _____

**Insurance Information:**

Company: Traveler

Claim # # 1X6423001

## Insurance Company Direction to Pay

As the owner of the above described vehicle, I do hereby authorize my insurance company to make checks payable to **APAI LLC or Maaco Collision Repair & Auto Painting** for the repairs to my vehicle. I also realize, as the owner of this vehicle that I am responsible for the repair invoice(s) should the above insurance company fail to pay for these repairs.

Customer Signature: *Marlon Green*  Date: _____

Print name: Marlon J. Green

## Power of Attorney

I do hereby appoint Maaco Collision Repair & Auto Painting as my attorney-in-fact to accept on my behalf, and and all checks, drafts or Electronic Fund Transfer, for deposit to the business bank account of Maaco Collision Repair & Auto painting for payment of repairs to the vehicle listed above.

Customer Signature: *Marlon Green* Date: _____

Witness: _____  Date: _____

2115 Sadau Court • Denton, TX 76210 • 940.565.9505 • fax 940.591.9993

MAACO COLLISION REPAIR
2115 SADAU CT
DENTON, TX 76210

02/28/2017                    15:39:50
MID: XXXXXXXXXXXX972    TID: XXXXX474

CREDIT CARD

MC SALE

Card #                XXXXXXXXXXXX1933
Chip Card:                  CAPITAL ONE
AID:                    A000000041010
ATC:                           0002
TC:             64222B26A97818AF
SEQ #:                            7
Batch                             2
INVO:                             7
Approval Code:               GdS16B
Entry Method:              Chip Read
Mode:                        Issuer

SALE AMOUNT              $500.00

I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)

X _____

MERCHANT COPY

Case 4:17-cv-00568-AL-M-CAN Document 1-1 Filed 06/19/17 Page 35 of 49 PageID #: 40
Apr 19 2017 06:02PM HP Fax Maaco 9405919993                                                                page 6

# TRAVELERS

Dallas-Claim Department-PI
For Supplement Inspect Call 888-299-7456
Prompt 2
PO Box 650293
Dallas, TX 75265

Phone: (800) 238-6208

| | |
|---|---|
| Claim #: | H1X64Z3001 |
| Workfile ID: | 4b5fab49 |

## Supplement of Record 1 with Summary

Written By: JOHN TALIAFERRO, 3/2/2017 2:22:24 PM
Adjuster: WADE, REBECCA, (214) 570-6026 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | MARLON GREEN | Owner Policy #: | PT5010V9955651172031 | Claim #: | H1X5423001 |
| Type of Loss: | Collision | Date of Loss: | 07/02/2016 12:00 AM | Days to Repair: | 5 |
| Point of Impact: | 09 Left T-Bone (Left Side) | Deductible: | 500.00 | | |

| Owner (Insured): | Inspection Location: | Appraiser Information: | Repair Facility: |
|---|---|---|---|
| MARLON GREEN | GREEN, MARLON | jtaliafe@travelers.com | Maaco Collision Repair |
| 2411 S I-35 E #925 | 2411 S I-35 E #925 | (940) 735-2231 | 2115 Sadau Ct |
| DENTON, TX 76210 | DENTON, TX 76210 | | Denton, TX 76201 |
| (2:4) 726-2189 Evening | Home | | (940) 565-9505 Business |
| (504) 327-8215 Cellular | (214) 726-2189 Evening | | 141871110 Federal ID |

## VEHICLE

2016 VW Jetta Sedan Sport Automatic PZEV 4D SED 4-1.8L Turbocharged Gasoline Gasoline Direct Injection GREY

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 3VWD17AJBGM229545 | Production Date: | 08/2015 | Interior Color: | BLK |
| License: | HPK1472 | Odometer: | 35753 | Exterior Color: | GREY |
| State: | TX | Condition: | | | |

| | | | |
|---|---|---|---|
| **TRANSMISSION** | Air Conditioning | CD Player | Heated Seats |
| Automatic Transmission | Intermittent Wipers | Auxiliary Audio Connection | **WHEELS** |
| **POWER** | Tilt Wheel | Satellite Radio | Aluminum/Alloy Wheels |
| Power Steering | Cruise Control | **SAFETY** | **PAINT** |
| Power Brakes | Rear Defogger | Drivers Side Air Bag | Clear Coat Paint |
| Power Windows | Keyless Entry | Passenger Air Bag | Metallic Paint |
| Power Locks | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Stone Guard |
| Power Mirrors | Telescopic Wheel | 4 Wheel Disc Brakes | **OTHER** |
| Heated Mirrors | Navigation System | Front Side Impact Air Bags | Fog Lamps |
| **DECOR** | Backup Camera w/Parking Sensors | Head/Curtain Air Bags | Traction Control |
| Dual Mirrors | **RADIO** | Communications System | Stability Control |
| Tinted Glass | AM Radio | Hands Free Device | Rear Spoiler |
| Console/Storage | FM Radio | **SEATS** | Power Trunk/Gate Release |
| Overhead Console | Stereo | Bucket Seats | |
| **CONVENIENCE** | Search/Seek | Leather Seats | |

3/2/2017 2:22:59 PM                              059751 | 1.6.07.08302                                    Page 1

005842 / QA-   662/DM#

Claim #: H1X6423001

Workfile ID: 4b5fab49

## Supplement of Record 1 with Summary

2016 VW Jetta Sedan Sport Automatic PZEV 4D SED 4-1.8L Turbocharged Gasoline Gasoline Direct Injection GREY

| Line | | Oper | | Description | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | 0.5 | |
| 2 | * | | R&I | R&I bumper cover | | | | |
| | | | | NOTE: DROP | | | | |
| 3 | **FRONT LAMPS** | | | | | | 0.3 | |
| 4 | | | R&I | LT R&I headlamp assy | | | | |
| 5 | **FENDER** | | | | | | | 1.0 |
| 6 | | | Blnd | LT Fender to 01/31/2016 | | | 0.4 | |
| 7 | | | R&I | LT Fender liner w/o GLI w/fog lamps | | | | |
| 8 | **FRONT DOOR** | | | | | | 1.9 | 3.1 |
| 9 | * | S01 | Repl | LKQ LT door assy +25% | 1 | 656.25 | | 1.2 |
| 10 | | S01 | | Add for Clear Coat | | | | 0.5 |
| 11 | | S01 | | Add for Stone Guard | | | | |
| 12 | | S01 | R&I | LT Lower seal | | | 0.3 | |
| 13 | | S01 | R&I | LT Belt molding w/o chrome strip | | | 0.3 | |
| 14 | | S01 | R&I | LT R&I mirror | | | 0.3 | |
| 15 | | S01 | R&I | LT Door glass Volkswagen | | | 0.5 | |
| 16 | | S01 | R&I | LT Window regulator w/o GLI | | | 0.4 | |
| 17 | * | S01 | R&I | LT Window motor w/o GLI | | | 0.2 | |
| 18 | * | S01 | R&I | LT Run channel | | | 0.2 | |
| 19 | | S01 | R&I | LT Handle, outside w/keyless entry | | | 0.5 | |
| 20 | | S01 | R&I | LT Handle plate | | | 0.3 | |
| 21 | | S01 | R&I | LT Lock | | | 0.4 | |
| 22 | | S01 | R&I | LT Upper hinge | | | 0.3 | |
| 23 | | S01 | R&I | LT Lower hinge | | | 0.3 | |
| 24 | | S01 | R&I | LT Door check from 10/2014 | | | 0.2 | |
| 25 | | S01 | R&I | LT R&I trim panel | | | 0.6 | |
| 26 | **REAR DOOR** | | | | | | | 1.1 |
| 27 | | | Blnd | LT Outer panel | | | | |
| 28 | | | R&I | LT Belt w/strip w/o chrome strip | | | 0.1 | |
| 29 | | | R&I | LT Handle, outside | | | 0.5 | |
| 30 | | | R&I | LT R&I trim panel | | | 0.5 | |
| 31 | **PILLARS, ROCKER & FLOOR** | | | | | s | 3.0 | 1.2 |
| 32 | * | | Rpr | RT Rocker | | | | |
| | | | | NOTE: ivd forced over on curb | | | | |
| 33 | | S01 | | Overlap Major Non-Adj. Panel | | | | -0.2 |
| 34 | | | | Add for Clear Coat | | | | 0.2 |
| 35 | | | | Add for Stone Guard | | | | 0.3 |
| | | | | **SUBTOTALS** | | 656.25 | 12.0 | 8.4 |

4.8

3/2/2017 2:22:59 PM          059751 | 1.6.07.08302          Page 2

Page 1878 SEND #: 04/19/2017 19:06:51 EDT SVR: WIPVAP1430 DNIS: 4029331325 CSID: 9405919993 Duration(mm:ss): 2:37

Apr 19 2017 06:02PM HP Fax Maacc 9405919993                    page 8

Claim #:

H1X6423001

4b5fab49



Supplement of Record 1 with Summary

2016 VW Jetta Sedan Sport Automatic PZEV 4D SED 4-1.8L Turbocharged Gasoline Gasoline Direct Injection GREY

| ESTIMATE TOTALS | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Category | | | | 656.25 |
| Parts | | | | 528.00 |
| Body Labor | 12.0 hrs | @ | $ 44.00 /hr | 369.60 |
| Paint Labor | 8.4 hrs | @ | $ 44.00 /hr | 285.60 |
| Paint Supplies | 8.4 hrs | @ | $ 34.00 /hr | 1,839.45 |
| Subtotal | | | | 77.70 |
| Sales Tax | $ 941.85 | @ | 8.2500 % | 1,917.15 |
| Total Cost of Repairs | | | | 500.00 |
| Deductible | | | | 500.00 |
| Total Adjustments | | | | 1,417.15 |
| Net Cost of Repairs | | | | |

005844 / QA-   662/DMM

# FMCSA Motor Carrier



USDOT Number: **273818**
Docket Number: **MC188102**
Legal Name: **COVENANT TRANSPORT, INC.**

DBA (Doing-Business-As) Name

---

**Active/Pending Insurance:**

| | | | | |
|---|---|---|---|---|
| Form: **85** | Type: **TRUST FUND** | | Posted Date: **10/01/2013** | |
| Policy/Surety Number: **NONE** | Coverage From: | **$0** | To: | **$75,000** * |
| Effective Date: **10/01/2013** | Cancellation Date: | | | |

Insurance Carrier: PACIFIC FINANCIAL ASSOCIATION, INC.
Attn: CLAIMS DEPARTMENT
Address: 12707 HIGH BLUFF DR. ST. 220
SAN DIEGO, CA 92130 US
Telephone: (800) 595 - 2615      Fax: (623) 209 - 2610

---

If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance, $75,000 for bond/trust fund insurance for brokers and freight forwarders).  The carrier may actually have higher levels of coverage.

---

**Rejected Insurances:**

| | | | | |
|---|---|---|---|---|
| Form: | Type: | | | |
| Policy/Surety Number: | Coverage From: | **$0** | To: | **$0** |
| Received: | Rejected: | | | |
| Rejected Reason: | | | | |

# FMCSA Motor Carrier



USDOT Number:  273818
Docket Number:   MC188102
Legal Name:     **COVENANT TRANSPORT, INC.**

DBA (Doing-Business-As) Name

**Insurance History:**

| Form: | **91X** | Type: | **BIPD/Primary** | | | | |
|---|---|---|---|---|---|---|---|
| Policy/Surety Number: | **TF010058** | | Coverage From | | **$0** | To: | **$1,000,000** |
| Effective Date From: | **01/27/1994** | To: **01/27/1996** | | | Disposition: **Cancelled** | | |

Insurance Carrier:   NORTHLAND INSURANCE COMPANY
Attn:
Address:   385 WASHINGTON STREET MAIL CODE 103
ST. PAUL, MN  55102-1309 US
Telephone:  (651) 310 - 4100    Fax:  (651) 310 - 4949

| Form: | **91X** | Type: | **BIPD/Primary** | | | | |
|---|---|---|---|---|---|---|---|
| Policy/Surety Number: | **TP 3298722** | | Coverage From | | **$0** | To: | **$1,000,000** |
| Effective Date From: | **01/27/1996** | To: **07/15/1997** | | | Disposition: **Replaced** | | |

Insurance Carrier:   THE INSURANCE CO OF THE STATE OF PENNSYLVANIA
Attn:   AIG GLOBAL CASUALTY-MILTON WEST
Address:   503 CARR RD, 3RD FLOOR
WILMINGTON, DE  19809 US
Telephone:  (888) 609 - 7046    Fax:  (302) 830 - 4533

| Form: | **91X** | Type: | **BIPD/Primary** | | | | |
|---|---|---|---|---|---|---|---|
| Policy/Surety Number: | **AT175100235001** | | Coverage From | | **$0** | To: | **$1,000,000** |
| Effective Date From: | **07/15/1997** | To: **03/01/2001** | | | Disposition: **Replaced** | | |

Insurance Carrier:   LIBERTY MUTUAL INSURANCE CO.
Attn:   IMS
Address:   PO BOX 8095
WAUSAU, WI  54402-8095 US
Telephone:  (888) 281 - 6113    Fax:

| Form: | **91X** | Type: | **BIPD/Primary** | | | | |
|---|---|---|---|---|---|---|---|
| Policy/Surety Number: | **CLP97244A** | | Coverage From | | **$0** | To: | **$1,000,000** |
| Effective Date From: | **03/01/2001** | To: **03/25/2003** | | | Disposition: **Cancelled** | | |

Insurance Carrier:   GREAT WEST CASUALTY CO.
Attn:   OPERATOR
Address:   1100 WEST 29TH ST.,  P.O. BOX  277
SOUTH SIOUX CITY, NE  68776 US
Telephone:  (800) 228 - 8602    Fax:  (402) 494 - 7400

# FMCSA Motor Carrier



USDOT Number: **273818**
Docket Number: **MC188102**
Legal Name: **COVENANT TRANSPORT, INC.**

DBA (Doing-Business-As) Name

---

**Insurance History:**

| | | | |
|---|---|---|---|
| Form: **91X** | Type: **BIPD/Primary** | | |
| Policy/Surety Number: **CLP97244A** | Coverage From | **$0** To: | **$1,000,000** |
| Effective Date From: **03/01/2001** | To: **03/01/2003** | Disposition: **Replaced** | |

Insurance Carrier: GREAT WEST CASUALTY CO.
Attn: OPERATOR
Address: 1100 WEST 29TH ST., P.O. BOX 277
SOUTH SIOUX CITY, NE 68776 US
Telephone: (800) 228 - 8602   Fax: (402) 494 - 7400

| | | | |
|---|---|---|---|
| Form: **91X** | Type: **BIPD/Primary** | | |
| Policy/Surety Number: **D004A00099** | Coverage From | **$0** To: | **$5,000,000** |
| Effective Date From: **03/01/2003** | To: **08/01/2004** | Disposition: **Replaced** | |

Insurance Carrier: UNITED STATES FIDELITY & GUARANTY CO.
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: ONE TOWER SQUARE, -5GS
HARTFORD, CT 06183 US
Telephone:   Fax:

| | | | |
|---|---|---|---|
| Form: **34** | Type: **CARGO** | | |
| Policy/Surety Number: **94A070112** | Coverage From | **$0** To: | **$5,000** * |
| Effective Date From: **12/10/1994** | To: **09/10/1995** | Disposition: **Replaced** | |

Insurance Carrier: THE REINSURANCE CORP OF NEW YORK
Attn:
Address: 80 MAIDEN LANE
NEW YORK, NY 10038 US
Telephone:   Fax:

| | | | |
|---|---|---|---|
| Form: **34** | Type: **CARGO** | | |
| Policy/Surety Number: **95A070112** | Coverage From | **$0** To: | **$5,000** * |
| Effective Date From: **09/10/1995** | To: **07/15/1996** | Disposition: **Replaced** | |

Insurance Carrier: NAVIGATORS INSURANCE COMPANY
Attn: THOMAS MCNAMARA, VP - COMMERICAL AUTO
Address: ONE PENN PLAZA 32ND FLR
NEW YORK, NY 10119 US
Telephone: (212) 613 - 4236   Fax: (847) 285 - 9003

---

# FMCSA Motor Carrier



USDOT Number: **273818**
Docket Number: **MC188102**
Legal Name: **COVENANT TRANSPORT, INC.**

DBA (Doing-Business-As) Name

---

**Insurance History:**

| | | | | |
|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | |
| Policy/Surety Number: **CCIMA64631** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **07/15/1996** | To: **07/31/1997** | Disposition: **Cancelled** | | |

Insurance Carrier: SECURITY INSURANCE CO. OF HARTFORD
Attn:
Address: 9 FARM SPRINGS DRIVE
FARMINGTON, CT  06032 US
Telephone: (860) 674 - 6600   Fax:  (860) 674 - 6991

| | | | | |
|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | |
| Policy/Surety Number: **CCIMA64631** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **07/15/1996** | To: **07/15/1997** | Disposition: **Replaced** | | |

Insurance Carrier: SECURITY INSURANCE CO. OF HARTFORD
Attn:
Address: 9 FARM SPRINGS DRIVE
FARMINGTON, CT  06032 US
Telephone: (860) 674 - 6600   Fax:  (860) 674 - 6991

| | | | | |
|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | |
| Policy/Surety Number: **K0175100235002** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **07/15/1997** | To: **01/02/1999** | Disposition: **Cancelled** | | |

Insurance Carrier: LIBERTY MUTUAL INSURANCE CO.
Attn: IMS
Address: PO BOX 8095
WAUSAU, WI  54402-8095 US
Telephone: (888) 281 - 6113   Fax:

| | | | | |
|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | |
| Policy/Surety Number: **K0175100235002** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **07/15/1997** | To: **07/15/1998** | Disposition: **Replaced** | | |

Insurance Carrier: LIBERTY MUTUAL INSURANCE CO.
Attn: IMS
Address: PO BOX 8095
WAUSAU, WI  54402-8095 US
Telephone: (888) 281 - 6113   Fax:

# FMCSA Motor Carrier

USDOT Number:   **273818**
Docket Number:   **MC188102**
Legal Name:   **COVENANT TRANSPORT, INC.**



DBA (Doing-Business-As) Name

---

Insurance History:

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | | |
| Policy/Surety Number: **K0175100235005** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **07/15/1998** | To: **03/01/2001** | Disposition: **Replaced** | | |

Insurance Carrier:   LIBERTY MUTUAL INSURANCE CO.
Attn:   IMS
Address:   PO BOX 8095
WAUSAU, WI  54402-8095 US
Telephone:  (888) 281 - 6113     Fax:

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | | |
| Policy/Surety Number: **CLP97244A** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **03/01/2001** | To: **03/25/2003** | Disposition: **Cancelled** | | |

Insurance Carrier:   GREAT WEST CASUALTY CO.
Attn:   OPERATOR
Address:   1100 WEST 29TH ST.,  P.O. BOX  277
SOUTH SIOUX CITY, NE  68776 US
Telephone:  (800) 228 - 8602   Fax:  (402) 494 - 7400

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | | |
| Policy/Surety Number: **CLP97244A** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **03/01/2001** | To: **03/01/2003** | Disposition: **Replaced** | | |

Insurance Carrier:   GREAT WEST CASUALTY CO.
Attn:   OPERATOR
Address:   1100 WEST 29TH ST.,  P.O. BOX  277
SOUTH SIOUX CITY, NE  68776 US
Telephone:  (800) 228 - 8602   Fax:  (402) 494 - 7400

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | Type: **CARGO** | | | | |
| Policy/Surety Number: **D004M00004** | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **03/01/2003** | To: **03/25/2005** | Disposition: **Cancelled** | | |

Insurance Carrier:   DISCOVER PROPERTY & CASUALTY INSURANCE CO.
Attn:
Address:   ONE TOWER SQUARE,  5GS
HARTFORD, CT  06183 US
Telephone:  (866) 657 - 2827   Fax:

---

# FMCSA Motor Carrier



**USDOT Number:** 273818
**Docket Number:** MC188102
**Legal Name:** **COVENANT TRANSPORT, INC.**

DBA (Doing-Business-As) Name

---

## Insurance History:

| | | | |
|---|---|---|---|
| **Form:** 34 | **Type:** **CARGO** | | |
| **Policy/Surety Number:** D004M00004 | Coverage From | $0 To: | $5,000 * |
| **Effective Date From:** 03/01/2003 | To: 03/01/2005 | Disposition: **Replaced** | |

Insurance Carrier: DISCOVER PROPERTY & CASUALTY INSURANCE CO.
Attn:
Address: ONE TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone: (866) 657 - 2827    Fax:

| | | | |
|---|---|---|---|
| **Form:** 34 | **Type:** **CARGO** | | |
| **Policy/Surety Number:** IMR6154 | Coverage From | $0 To: | $5,000 * |
| **Effective Date From:** 03/01/2005 | To: 04/05/2006 | Disposition: **Cancelled** | |

Insurance Carrier: ESSEX INSURANCE COMPANY
Attn: HELEN LAMBERT, VP INLAND MARINE
Address: 4521 HIGHWOODS PARKWAY
GLEN ALLEN, VA 23060-6148 US
Telephone: (804) 273 - 1400    Fax: (804) 273 - 1435

| | | | |
|---|---|---|---|
| **Form:** 34 | **Type:** **CARGO** | | |
| **Policy/Surety Number:** IMR6154 | Coverage From | $0 To: | $5,000 * |
| **Effective Date From:** 03/01/2005 | To: 03/01/2006 | Disposition: **Replaced** | |

Insurance Carrier: ESSEX INSURANCE COMPANY
Attn: HELEN LAMBERT, VP INLAND MARINE
Address: 4521 HIGHWOODS PARKWAY
GLEN ALLEN, VA 23060-6148 US
Telephone: (804) 273 - 1400    Fax: (804) 273 - 1435

| | | | |
|---|---|---|---|
| **Form:** 34 | **Type:** **CARGO** | | |
| **Policy/Surety Number:** IMS04489 | Coverage From | $0 To: | $5,000 * |
| **Effective Date From:** 03/01/2006 | To: 03/30/2008 | Disposition: **Cancelled** | |

Insurance Carrier: ESSEX INSURANCE COMPANY
Attn: HELEN LAMBERT, VP INLAND MARINE
Address: 4521 HIGHWOODS PARKWAY
GLEN ALLEN, VA 23060-6148 US
Telephone: (804) 273 - 1400    Fax: (804) 273 - 1435

# FMCSA Motor Carrier



USDOT Number: **273818**
Docket Number: **MC188102**
Legal Name: **COVENANT TRANSPORT, INC.**

DBA (Doing-Business-As) Name

---

**Insurance History:**

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | | Type: **CARGO** | | | |
| Policy/Surety Number: **IMS04489** | | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **03/01/2006** | To: **03/01/2008** | | Disposition: **Replaced** | | |

Insurance Carrier: ESSEX INSURANCE COMPANY
Attn: HELEN LAMBERT, VP INLAND MARINE
Address: 4521 HIGHWOODS PARKWAY
GLEN ALLEN, VA 23060-6148 US
Telephone: (804) 273 - 1400   Fax: (804) 273 - 1435

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | | Type: **CARGO** | | | |
| Policy/Surety Number: **IMS09999** | | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **03/01/2008** | To: **03/01/2009** | | Disposition: **Replaced** | | |

Insurance Carrier: ESSEX INSURANCE COMPANY
Attn: HELEN LAMBERT, VP INLAND MARINE
Address: 4521 HIGHWOODS PARKWAY
GLEN ALLEN, VA 23060-6148 US
Telephone: (804) 273 - 1400   Fax: (804) 273 - 1435

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | | Type: **CARGO** | | | |
| Policy/Surety Number: **MZI 93005040** | | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **03/01/2009** | To: **05/22/2010** | | Disposition: **Cancelled** | | |

Insurance Carrier: FIREMAN'S FUND INSURANCE CO.
Attn: STEPHANIE RENERI, FIREMAN'S FUND MCGEE MARINE
Address: 777 SAN MARIN DRIVE
NOVATO, CA 94998 US
Telephone: (415) 899 - 2000   Fax: (415) 899 - 3600

| | | | | | |
|---|---|---|---|---|---|
| Form: **34** | | Type: **CARGO** | | | |
| Policy/Surety Number: **MZI 93005040** | | Coverage From | **$0** | To: | **$5,000** * |
| Effective Date From: **03/01/2009** | To: **04/01/2010** | | Disposition: **Replaced** | | |

Insurance Carrier: FIREMAN'S FUND INSURANCE CO.
Attn: STEPHANIE RENERI, FIREMAN'S FUND MCGEE MARINE
Address: 777 SAN MARIN DRIVE
NOVATO, CA 94998 US
Telephone: (415) 899 - 2000   Fax: (415) 899 - 3600

# FMCSA Motor Carrier

USDOT Number:  **273818**
Docket Number:  **MC188102**
Legal Name:      **COVENANT TRANSPORT, INC.**

DBA (Doing-Business-As) Name



## Insurance History:

| Form: | **85** | Type: | **TRUST FUND** | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | **NONE** | | Coverage From | **$0** | To: | **$10,000** * |
| Effective Date From: | **09/26/2013** | To: **10/01/2013** | | Disposition: **Replaced** | | |

Insurance Carrier:  PACIFIC FINANCIAL ASSOCIATION, INC.
            Attn:  CLAIMS DEPARTMENT
        Address:  12707 HIGH BLUFF DR. ST. 220
                  SAN DIEGO, CA  92130 US
      Telephone:  (800) 595 - 2615    Fax:  (623) 209 - 2610

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance, $75,000 for bond/trust fund insurance for brokers and freight forwarders).  The carrier may actually have higher levels of coverage.

## Authority History:

| Sub No. | Authority Type | Original Action | Disposition Action |
|---|---|---|---|
| | PROPERTY BROKER | GRANTED | 10/25/2013 |
| 1 | MOTOR PROPERTY CONTRACT CARRIER | GRANTED | 03/05/1991 |
| | MOTOR PROPERTY COMMON CARRIER | GRANTED | 03/05/1991 |
| | HOUSEHOLD GOODS COMMON CARRIER | GRANTED | 08/13/2010 |

## Pending Application:

| Authority Type | Filed | Status | Insurance | BOC-3 |
|---|---|---|---|---|
| | | | | |

## Revocation History:

| Authority Type | 1st Serve Date | 2nd Serve Date | Reason |
|---|---|---|---|
| | | | |

# GREEN, MARLON
# 16 VOLKSWAGEN JETTA

# 12244



**#MAACOVER**   www.maaco.com
45-2503910

**Store # M2078**

**2115 Sadau Ct**

**Denton, TX 76210**

**Phone # (940) 565-9505**

**Fax # (940) 591-9993**

Estimated: 2/21/2017    Date In: 2/28/2017    Promised:

Estimator: **Nelson Guzman**    Body Tech:    Paint Tech:    Repair Type: **Spot**

GREEN, MARLON
2411 S I-35 E 925
Denton, TX 76210-
Phone 1 (214) 726-2189
Phone 2
Phone 3
Email MGREENM.L@NETZERO.COM

16 Volkswagen Jetta 1.8T Sport 4 DR Seda
Lic:
VIN:   3VWD17AJ8 GM229545   Color: PLATINUM
Mileage In:
Paint Code:   9046,LD7X, BU

# PAYMENT RECEIPT

**Maaco Collision Repair & Auto Painting Centers are Licensed by Maaco Franchising, Inc, and are privately owned and operated**

| Item | Description | Code | Qty | Each | Retail |
|------|-------------|------|-----|------|--------|
| Paint | Refinish Labor | RL | 6.70 | 44.00 | 294.80 |
| Supplies-Paint | Paint Materials | PM | | | 227.80 |
| Body Shop | Body Labor | BL | 14.00 | 44.00 | 616.00 |
| Subtotal | | | | | 1,138.60 |
| Sales Tax | | | | | $18.79 |
| Grand Total | | | | | $1157.39 |
| | | | | | |
| Payments | 2/28/2017 | Credit | | 500.00 | |
| | | | | | |
| Balance Due | | | | | 657.39 |

### COMPLETION CERTIFICATE

I HAVE INSPECTED MY VEHICLE AND AM SATISFIED THAT THIS SHOP HAS
COMPLETED THE SERVICES ON THE REPAIR ORDER REFERENCED ABOVE.
I HAVE ALSO RECEIVED A COPY OF THIS REPAIR ORDER ALONG WITH
MAACO'S WRITTEN WARRANTY.


X_____

### DEPOSITS/PAYMENT

DATE _____ REC'D BY _____

| METHOD OF PAYMENT | | TOTAL INCL. TAX | |
|---|---|---|---|
| CASH | ☐ | DEPOSITS/ PAYMENT | |
| CHECK | ☐ | | |
| CREDIT CARD | ☐ | BALANCE | |
| _____ | ☐ | | |

### GUARANTEE OF PAYMENT

I AGREE THAT IF ANY OBLIGATION FOR REPAIRS, PARTS OR OTHER
MATERIALS IS NOT PAID WHEN DUE OR IF SUIT BROUGHT FOR PAYMENT
ON THIS CHECK OR ANY REPAIR HERETO.  I SHALL PAY ALL REASONABLE
COSTS OF COLLECTION INCLUDING ATTORNEYS FEES, COURT COSTS,
INTEREST AND ALL OTHER MONIES PROVIDED BY LAW.


X_____

### PAYMENTS

DATE _____ REC'D BY _____

| CASH | ☐ | PAYMENT | |
|---|---|---|---|
| CHECK | ☐ | | |
| CREDIT CARD | ☐ | | |
| _____ | ☐ | BALANCE | |

Date: 2/28/2017        Time: 3:40 PM        Page 1 of 1

At Maaco, we value your opinion. Please tell us about your experience at www.TellMaaco.com or by calling the Toll Free Number at 1 (866) 663-9586.

```
            MAACO COLLISION REPAIR
                2115 SADAU CT
              DENTON, TX 76210
02 28 2017                    15:39:50

                  CREDIT CARD

                    MC SALE

Card:             XXXXXXXXXXXX1933
Chip Card:             CAPITAL ONE
AI.               A0000000041010
AIC                          0002
TC:          64223B26A97B18AF
SEQ #:                          7
Batch #:                      862
INVOICE                         7
Approval Code             08516B
Entry Method           Chip read
Mode:                      Issuer


SALE Amount            $500.00



              CUSTOMER COPY
```

*Wednesday August 7th 2017 9:01 AM*

*Shreveport Civil Court*

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
|---|---|---|
| $1.59   833071 | $2.19   833081 | $7.99   833191 |

| local additional page | long distance additional page | international additional page |
|---|---|---|
| $1.49   456687 | $1.99   833091 | $3.99   833201 |

depot|max store 483
2300 San Jacinto Blvd.
Denton, TX 76205
p: 940.566.1241 f: 940.566.6369
ods00483cpc@officedepot.com



**Office DEPOT. OfficeMax**

rev 10/2/15

*Proff of Services*

TRANSMISSION VERIFICATION REPORT

TIME : 07/31/2017 23:31
NAME :
FAX :
TEL :
SER.# : BROM4J5394Q6

DATE,TIME          07/31  23:28
FAX NO./NAME       9406591993
DURATION           00:02:04
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM

# TRANSACTION REPORT

AUG/05/2017/SAT 10:09 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| 001 | AUG/05 | 10:02AM | 18338223139 | | | MEMORY   BUSY | 5532 |

THE FOLLOWING DATA COULD NOT BE SENT.
PLEASE GIVE THIS TRANSACTION REPORT TO SENDER.

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
CIVIL PRACTICE & REMEDIES CODE § 121.007

The State of Texas

County of _Denton_

Before me,

_David Rankin II, Notary_
*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*

on   this   day   personally   appeared

_Marlon   Green_,
*Name of Signer*

☐ known to me
☐ proved to me on the oath of

_____
*Name of Credible Witness*

☐ proved to me through _____

_Driver License_
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

_5_ day of _August_ , _2017_.
*Day*              *Month*            *Year*

NOTARY PUBLIC
DAVID RANKIN II
Notary ID # 130620425
My Commission Expires
April 14, 2020
STATE OF TEXAS

Place Notary Seal and/or Stamp Above

_____
*Signature of Notarizing Officer*

— **OPTIONAL** —

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _All court documents to be Submitted_

Document Date: _4th August 2017_   Number of Pages: _10_