UNITED STATES DISTRICT COURT
EASTERN DISTRICT SHERMAN BRANCH



NOV 2 7 2017

NO: 4: 17-CV-568

Clerk, U.S. District Court
Texas Eastern

GREEN, MARLON

versus

CTG INDUSTRIES-FARMERS ETAL

## AMENDMENT PETITION (1)

This is in response of document signed on or about 20th November 2017. Exhibits will also be attached.

*Objection to Proposed Ruling of Frivolous*

Because the Petitioner has too many bills the courts have ignored which is evidence or proof needed.

*The Facts*

The fact is that CTG Industries driver is responsible for the accident and injuries in addition to the lost wages there after incident. The police report is in Mr. Greens favor.

*The Relief Sought; recovery of out of pocket expenses, medical costs.*

The petitioner would like to say that Informa Paupis is not a privilege but a right; some people act as if is disabled veterans, minorities, or a protective class are also not able to use this document which petitioner qualifies.

*Must solve & satisfy (CTG) Insurance issues including costs of recovery*

28 U.S.C *1915(e)(2)(B). The petitioner has already submitted this document and fulfilled requirements. This will be Covenant Transportation Group, and Travelers Insurance because they are directly responsible for accident liability that happened in Shreveport. Farmers Insurance will be cited for vandalism which happened while at Macao Collision Center that cost Mr. Green about $3,000.00 in damages, still have not been satisfied.

*Courts Jurisdiction*

The court's jurisdiction lies in the state currently Mr. Green is treating, Mr. Green is psychically is not able to settle personal liability for property loss so Mr., Green will pursue medical treatment costs in

1

the State of Texas where Mr. Green lived at the time. The claim is less than $75,000.00.

*Rights of the Plaintiff*

He was visiting VA Hospital in state where accident occurred. As far as the money is concerned the plaintiff would accept maximum amount of court's jurisdiction minus one dollar to satisfy the courts. Mr. Green would accept $69, 999.00.

*Ordered Time Requirements*

There are multiple agencies involved, this one will be settled in other venues. The Plaintiff responds by December 4, 2017 as requested. If they want to settle out of court Mr. Green would accept npo less than $50, 00.00.

*Protected Rights from Administrative Abuses.*

Administrative abuses are covered by The Civil Rights Act, and Americans with Disability Act Rights.

Due to hostile environment created by direct and indirect actions and administrative abuses the Petitioner humbly requests this action to protect self and property as one should responsibly.

The petitioner answers multiple questions with same answers, all of which surround qualifications of paupers or paupis forms, which are available for people with heavy financial issues that make payment of full court costs impossible now for the following reasons. To satisfy the requirements of (U.S.C Const. Art.III *2, cl. 1; 28 U.S.C. * 1332)

1. The jurisdiction comes eligible because petitioner has already spent money and is currently treating at Medical City Denton. Previous documents were sent, medical records and billing statements were included. Federal law violations include.

2. The relief sought is maxed minus one dollar to pay for medical expenses only while in Texas.

2

3. The petitioner submits the police report that was generated from accident number # Shreveport Louisiana. Due to health reasons Mr. Green cannot return until treatment is completed. If court does not comply the petitioner will make the following complaints to the appropriate agencies.

Marlon Green
*/s/ Marlon Green*

Serve: Mark Guzman or Manager (Maaco)

Oscar Quintana, David Stern, Darryl Weir, (Farmers-Bristol West-Foremost)

Farmers Insurance 2601 Network, Blvd. Frisco, Texas 75034

Fax: (972) 668-5953, 1-800-325-1507, Bristol West 1-855-822-3139 Fax

3